No. 152.  ROBINSON *v.* MINNESOTA.  Supreme Court of Minnesota.  Certiorari denied.  *Joseph Robbie* for petitioner.  *Walter F. Mondale,* Attorney General of Minnesota, *Charles E. Houston,* Solicitor General, and *John P. Frank* for respondent.

No. 153.  MEMPHIS TRANSIT Co. *v.* UNITED STATES.  Court of Claims.  Certiorari denied.  *E. Roy Gilpin, Leslie J. Flower* and *Norton Kern* for petitioner.  *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Meyer Rothwacks* for the United States.

No. 154.  RICHARDSON *v.* BRUNNER ET AL.  Court of Appeals of Kentucky.  Certiorari denied.  *Frank E. Haddad, Jr.* and *Robert Hubbard* for petitioner.

No. 156.  HOUSTON *v.* UNITED STATES.  Court of Claims.  Certiorari denied.  *Claude L. Dawson* for petitioner.  *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *John G. Laughlin, Jr.* for the United States.

No. 158.  BUDGET DRESS CORP. *v.* JOINT BOARD OF DRESS & WAISTMAKERS' UNION OF GREATER NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.  *Morris J. Fellner* for petitioner.  *Emil Schlesinger* and *Morris P. Glushien* for respondents.

No. 160.  LA MAUR, INC., *v.* L. S. DONALDSON Co. ET AL.  C. A. 8th Cir.  Certiorari denied.  *Benedict Deinard* for petitioner.  *Dean Laurence* and *Herbert I. Sherman* for respondents.